# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | | |
| v. | | Case No. 2:20-cr-71<br>**Judge Sarah D. Morrison** |
| **KEITH JOREL HUDSON,** | : | |
| Defendant. | | |

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge King on May 5, 2021. (ECF No. 52.) The time for filing objections to the Report and Recommendation has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Defendant Keith Jorel Hudson's plea of guilty to Counts 1 through 5 of the Superseding Indictment (ECF No. 30) is **ACCEPTED**.

    IT IS SO ORDERED.

                                       /s/ Sarah D. Morrison
                                       **SARAH D. MORRISON**
                                       **UNITED STATES DISTRICT JUDGE**